**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK AND DEBORAH MCDOWELL, <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendants. <br> _____ / | No. C 12-03192 JSW <br><br> **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DENYING MOTION FOR APPOINTMENT OF COUNSEL WITHOUT PREJUDICE AND INSTRUCTIONS TO THE CLERK** <br><br> **(Docket Nos. 2, 3)** |

On June 20, 2012, Plaintiffs filed a Complaint alleging that Defendant, Plaintiffs' employer, have discriminated against them. On that same date, Plaintiffs filed an application to proceed *in forma pauperis*. Having considered the application, the Court finds good cause to grant the request. Accordingly, IT IS ORDERED that the application to proceed *in forma pauperis* is GRANTED and that the Clerk shall issue the summons. IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, Plaintiffs' affidavit and this Order upon the Defendant

Plaintiffs also move for appointment of counsel. Pursuant to 42 U.S.C. § 2000e-5(f)(1), a court may appoint counsel for a plaintiff "in such circumstances as the court may deem just." There are three relevant factors to consider in determining "whether to appoint counsel: (1) the plaintiff's financial resources; (2) the efforts made by the plaintiff to secure counsel on his or her own; and (3) the merit of the plaintiff's claim." *Johnson v. United States Treasury*

1 *Department*, 27 F.3d 415, 416-17 (9th Cir. 1994). Ultimately, the decision on whether to
2 appoint counsel is a matter left to the Court's discretion. *Id.* at 416.

3 Although this Court has determined that Plaintiffs qualify to proceed *in forma pauperis*,
4 Plaintiffs have not identified what efforts - if any - they have made to secure counsel on their
5 own behalf. In addition, at this stage, the Court cannot evaluate whether Plaintiffs' claim has
6 merit. Accordingly, Plaintiff's request for appointment of counsel is DENIED WITHOUT
7 PREJUDICE. Plaintiffs may renew their request in the future, but they must file a properly
8 noticed motion for appointment of counsel.

9 The Court HEREBY ADVISES Plaintiffs that the Handbook for Pro Se Litigants, which
10 contains helpful information about proceeding without an attorney, is available through the
11 Court's website or in the Clerk's office. The Court also advises Plaintiffs that they also may
12 wish to seek assistance from the Legal Help Center. Plaintiffs may call the Legal Help Center
13 at 415-782-9000, extension 8657, or sign up on the 15th Floor of the Courthouse, Room 2796,
14 for a free appointment with an attorney who may be able to provide basic legal help, but not
15 legal representation.

16 **IT IS SO ORDERED.**

18 Dated: July 13, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FRANK AND DEBORAH MCDOWELL et al,

        Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO et al,

        Defendant.

Case Number: CV12-03192 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 13, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deborah McDowell
2800 Bellwort Court
Antioch, CA 94531

Frank McDowell
2800 Bellwort Court
Antioch, CA 94531

Dated: July 13, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk