IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK AND DEBORAH MCDOWELL,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendants.<br>_____/ | No. C 12-03192 JSW<br><br>**ORDER DENYING AS MOOT APPLICATION TO PROCEED IN FORMA PAUPERIS AND DENYING MOTION FOR APPOINTMENT OF COUNSEL WITHOUT PREJUDICE AND INSTRUCTIONS TO THE CLERK**<br><br>**(Docket No. 11)** |

On June 20, 2012, Plaintiffs filed a Complaint alleging that Defendant, Plaintiffs' employer, have discriminated against them. On that same date, Plaintiffs filed an application to proceed *in forma pauperis* and a motion for appointment of counsel. On July 13, 2012, the Court granted the application to proceed *in forma pauperis* and denied the motion for appointment of counsel without prejudice.

In the interim, on July 12, 2012, Plaintiffs renewed their application to proceed *in forma pauperis* and their motion for appointment of counsel. Because the Court already has granted the application to proceed *in forma pauperis,* the renewed application is denied as moot. For the reasons set forth in the Court's Order dated July 13, 2012, Plaintiffs' motion for appointment of counsel is DENIED WITHOUT PREJUDICE. Plaintiffs may renew their request in the future, but they must file a properly noticed motion for appointment of counsel.

The Court AGAIN ADVISES Plaintiffs that the Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the

1 Court's website or in the Clerk's office.  The Court also advises Plaintiffs that they also may
2 wish to seek assistance from the Legal Help Center.  Plaintiffs may call the Legal Help Center
3 at 415-782-9000, extension 8657, or sign up on the 15th Floor of the Courthouse, Room 2796,
4 for a free appointment with an attorney who may be able to provide basic legal help, but not
5 legal representation.

**IT IS SO ORDERED.**

Dated: July 20, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FRANK AND DEBORAH MCDOWELL et al,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO et al,

    Defendant.

Case Number: CV12-03192 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 20, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deborah McDowell
Frank McDowell
2800 Bellwort Court
Antioch, CA 94531

Dated: July 20, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk