1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    FRANK AND DEBORAH MCDOWELL,              No.  C 12-03192 JSW

10                Plaintiffs,                 **ORDER TO SHOW CAUSE WHY
                                             CASE SHOULD NOT BE**
11       v.                                  **DISMISSED FOR FAILURE TO
                                             PROSECUTE AND VACATING**
12   CITY AND COUNTY OF SAN FRANCISCO,       **HEARING ON MOTION TO
                                             DISMISS**
13                Defendants.

14

15   _____/

16          On August 20, 2012, Defendants filed a motion to dismiss.  Pursuant to Northern

17   District Civil Local Rule 7-3(a), Plaintiffs' opposition was due by no later than September 6,

18   2012.  Plaintiffs have not filed an opposition brief.  Accordingly, Plaintiffs are HEREBY

19   ORDERED TO SHOW CAUSE, in writing, by no later than October 1, 2012, why this case

20   should not be dismissed for failure to prosecute.  If Plaintiffs seek leave to file a belated

21   opposition brief to Defendants' motion, then by October 1, 2012, they must file and serve a

22   request showing good cause for a belated filing accompanied by a proposed opposition brief.  If

23   the Court grants Plaintiffs leave to file an opposition brief, it shall set a deadline by which

24   Defendants may reply.  The hearing scheduled for October 5, 2012 is VACATED pending

25   further order of the Court.

26          If Plaintiffs fail to comply with this Order by October 1, 2012, the Court shall dismiss

27   this case for failure to prosecute without further notice to Plaintiffs.

28          The Court AGAIN ADVISES Plaintiffs that the Handbook for Pro Se Litigants, which

**United States District Court**

For the Northern District of California

1   contains helpful information about proceeding without an attorney, is available through the

2   Court's website or in the Clerk's office.  The Court also advises Plaintiffs that they also may

3   wish to seek assistance from the Legal Help Center.  Plaintiffs may call the Legal Help Center

4   at 415-782-9000, extension 8657, or sign up on the 15th Floor of the Courthouse, Room 2796,

5   for a free appointment with an attorney who may be able to provide basic legal help, but not

6   legal representation.

7       **IT IS SO ORDERED.**

8

9   Dated: September 17, 2012



10  _____
    JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FRANK AND DEBORAH MCDOWELL et al,

Case Number: CV12-03192 JSW

   Plaintiff,

**CERTIFICATE OF SERVICE**

 v.

CITY AND COUNTY OF SAN FRANCISCO et al,

   Defendant.     /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 17, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deborah McDowell
Frank McDowell
2800 Bellwort Court
Antioch, CA 94531

Dated: September 17, 2012

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

United States District Court
For the Northern District of California