IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK AND DEBORAH MCDOWELL,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendants.<br>_____/ | No. C 12-03192 JSW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND SETTING DEADLINE FOR REPLY BRIEF ON MOTION TO DISMISS** |

On August 20, 2012, Defendants filed a motion to dismiss. Pursuant to Northern District Civil Local Rule 7-3(a), Plaintiffs' opposition was due by no later than September 6, 2012. On September 17, 2012, the Court issued an Order to Show Cause, directing Plaintiffs to show cause why the case should not be dismissed for lack of prosecution.

On September 25, 2012, Plaintiffs filed their response to the Order to Show Cause, in which they state they believed their opposition to the motion was due on October 5, 2012, the date the motion was scheduled to be heard. Plaintiffs have requested that they be permitted to file their opposition brief late and have submitted their proposed opposition.

The Court shall grant Plaintiffs' request for leave to file a belated opposition brief, and it DISCHARGES the Order to Show Cause without imposing sanctions. The Court AGAIN ADVISES Plaintiffs that the Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office.

1       The Court also advises Plaintiffs that they also may wish to seek assistance from the
2 Legal Help Center. Plaintiffs may call the Legal Help Center at 415-782-9000, extension 8657,
3 or sign up on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an
4 attorney who may be able to provide basic legal help, but not legal representation.
5       Defendant shall file a reply brief by October 12, 2012. The Court shall resolve the
6 motion on the papers.
7       **IT IS SO ORDERED.**

9 Dated: October 1, 2012

                                                        JEFFREY S. WHITE
                                                        UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FRANK AND DEBORAH MCDOWELL et al,

        Plaintiff,

   v.

CITY AND COUNTY OF SAN FRANCISCO et al,

        Defendant.

                                     /

Case Number: CV12-03192 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 1, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deborah McDowell
Frank McDowell
2800 Bellwort Court
Antioch, CA 94531

Dated: October 1, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk